IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| VERLETTA MCCUTCHEN,  )<br>  )<br>  Plaintiff,  )<br>  )<br>v.  )<br>  )<br>EXPERIAN INFORMATION SOLUTIONS,  )<br>INC., and DISCOVER BANK,  )<br>  )<br>  Defendants.  ) | CASE NO. 3:24-cv-00857 |

### DISCOVER BANK'S CORPORATE DISCLOSURE STATEMENT

**COMES NOW** defendant Discover Bank ("Discover"), by and through undersigned counsel, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Civil Rule 7.1, hereby submits the following disclosure statement:

Discover Bank is a wholly owned subsidiary of Discover Financial Services, which is a publicly traded company. No publicly traded company owns 10% or more of Discover Financial Services's stock.

Respectfully submitted this the 26th day of December, 2024.

/s/ Rachel R. Friedman
Rachel R. Friedman (VA Bar No. 93898)
BURR & FORMAN LLP
420 North 20th Street
Suite 3400
Birmingham, AL  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
E-mail: rfriedman@burr.com

Counsel for Defendant
DISCOVER BANK

56166322 v1

**CERTIFICATE OF SERVICE**

I hereby certify that on December 26, 2024, the foregoing document was filed with the Clerk of Court by using the CM/ECF system, which will send an electronic service copy to:

Aryeh E. Stein
Meridian Law, LLC
1212 Reisterstown Road
Baltimore, MD 21208
astein@meridianlawfirm.com

Yitzchak Zelman, Esq.
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712

*Attorneys for Plaintiff*


David Neal Anthony
Troutman Pepper Hamilton Sanders LLP (Richmond)
Troutman Sanders Bldg
1001 Haxall Point
PO Box 1122
Richmond, VA 23219

*Attorney for Experian*

    */s/ Rachel R. Friedman*
    Rachel R. Friedman
    OF COUNSEL