IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

VERLETTA MCCUTCHEN,
    Plaintiff,

v.                                                       Civil No. 3:24cv857 (DJN)

EXPERIAN INFORMATION
SOLUTIONS, INC., *et al.*,
    Defendants.

**ORDER**
**(Acknowledging Stipulation of Dismissal with Prejudice as to Discover)**

This matter comes before the Court on Plaintiff Verletta McCutchen's and Defendant Discover Bank's ("Discover") Stipulation of Dismissal with Prejudice.[1] (ECF No. 27.) The Court hereby ACKNOWLEDGES this voluntary dismissal with prejudice, and with each party to pay its attorneys' fees and costs.

The Court DIRECTS the Clerk's Office to close this case as to Discover.

This case is now CLOSED.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

                                                                                          /s/
                                                       David J. Novak

Alexandria, Virginia                                   United States District Judge
Dated:  June 24, 2025

---

[1] While the parties fail to indicate which rule their Notice is pursuant to, the Court treats this stipulation of dismissal as pursuant Rule 41(a)(1)(A)(ii), which provides that "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Here, counsel for both parties signed the stipulation.